UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re

       Agnes E John

            Debtor(s).

--------------------------------------------------------X

Case No.   11-40153

Chapter 13 Plan

1.    The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a total of 60 months, the sum of:

$2,700.00 commencing February 2011 through and including January 2016 for a period of 60 months.

       During the pendency of this case, the debtor(s) shall provide the Trustee with signed copies of filed Federal and State Tax Returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt, however, not later than June 15th of the year in which the Tax Returns are filed. (This paragraph is only applicable where unsecured creditors are receiving a distribution less than one hundred percent (100%).

2.    From the payments so received, the trustee shall make disbursements as follows:
      (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. 507.
      (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

Mortgage Arrears to Ocwen Loan Servicing, the holder of the first mortgage for the premises located at 368-370 GRANDVIEW AVENUE, STATEN ISLAND NY, in the sum of $115,545.00 plus 0% interest over the life of the plan shall be paid by the Trustee. Last four digits of number which creditor identifies debtor are 5622. Post petition payments shall be made outside the plan by the debtor(s).

Property Tax Arrears to SARASOTA TAX COLLECTOR in the sum of $1,103.77.00 plus 0% interest over the life of the plan shall be paid by the Trustee. Post petition payments shall be made outside the plan by the debtor(s).

      (c) Subsequent and/or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim not less than 100%.**

3.    The following Executory Contracts are assumed as follows: N/A

4.    Title to the debtors(s) property shall revest in the debtors(s) upon completion of the plan, <u>unless otherwise provided in the Order confirming the plan</u>.

5.    Throughout the term of this plan, debtor(s) agree (s) that debtor(s) will not incur post-petition debt over $1,500.00 without written consent of the Chapter 13 Trustee or the Court.


s/ Agnes E John

Dated:  February 3, 2011

                                                                 s/ John Weber, Esq.
                                                                 Attorney for the Debtor(s)